UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CAROL NICHOLS and
LORAN NICHOLS                                                    PLAINTIFFS

v.                                              CIVIL ACTION NO.: 2:19-cv-21-KS-MTP

CELADON TRUCKING SERVICES, INC.
and COCA-COLA BOTTLING
COMPANY UNITED, INC.                                             DEFENDANTS

*consolidated with*

CAROL NICHOLS and
LORAN NICHOLS                                                    PLAINTIFFS

v.                                           CIVIL ACTION NO. 1:20-cv-00041-HSO-JCG

TREYVEON D. POWELL, et al.                                       DEFENDANTS

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE has come before the Court on the joint motion *ore tenus* of Plaintiffs Carol Nichols and Loran Nichols ("Plaintiffs") and Defendant Coca-Cola Bottling Company United, Inc. ("Defendant" or "Coca-Cola"), for entry of an Agreed Final Judgment of Dismissal with Prejudice of all claims alleged against Defendant in the instant action. The Court, being advised that the parties have reached a resolution of all claims herein, finding that it has jurisdiction of this subject matter and the parties, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiffs' claims against Defendant Coca-Cola Bottling Company United, Inc. are hereby dismissed with prejudice, with each side to bear its own costs.

1

THIS the 7th day of October, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED:

_____
David C. Dunbar (MSB #6227)
*Counsel for Coca-Cola Bottling Company United, Inc.*

_____ by DCD
James K. Wetzel (MSB #7122)           w/ permission
*Counsel for Plaintiff*

2